UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH SUMMERFIELD,<br><br>    Petitioner,<br><br>    v.<br><br>V. SINGH,<br><br>    Respondent. | No. 2:12-cv-1953 GEB DAD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This court previously granted respondent's request to defer briefing in this matter and issued an order requesting that the California Court of Appeal for the Third Appellate District transmit copies of petitioner's <u>Marsden</u> hearing transcripts to this court for filing under seal. This court has now received copies of the requested transcripts.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to:

    a. File the March 30, 2009, May 1, 2009, and October 7, 2009, <u>Marsden</u> hearing transcripts under seal;

    b. Send petitioner one copy of the March 30, 2009, May 1, 2009, and October 7, 2009, <u>Marsden</u> hearing transcripts; and

1

1          c. Send respondent one copy of the March 30, 2009, May 1, 2009, and October 7, 2009, <u>Marsden</u> hearing transcripts[1];

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, 28 U.S.C. foll. § 2254;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated:  August 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
summ1953.seal

---

[1]  By raising issues in connection with those proceedings in his federal habeas petition pending before this court, petitioner has waived any right he may have had to keep those proceedings sealed with respect to respondent's counsel.

2